# EXHIBIT C

# Accessories

Share:



🔍 CLICK IMAGE TO ZOOM

## Nexgrill Dual Steel Wool Brush
NEX 530-0017

**In Stock**
Ships within 1 business day

QUANTITY

1  ^

## $4.97

**Add to Cart**

## Product Info

It's a fact that no one likes to clean. You want to get the job over and done with, but you also understand that a dirty grill is a less efficient one.

So, banish grease and grime before your next cookout. Nexgrill's here to help with this dual-action stainless steel scrubbing tool. An ergonomic plastic handle joins two scouring pads together, so you'll use the same amount of elbow grease while covering twice the area.

- Measures 7.25"W x 4.13"H x 7"L
- Handles multiple cleanups
- Not for use in dishwashers

### STAY CONNECTED
JOIN OUR MAILING LIST

Email Address          GO

HOME   SHOPPING CART   CUSTOMER CARE   MY ACCOUNT



To learn more on new products made by Nexgrill, visit www.nexgrill.com
For technical support, visit www.grillservices.com

The Nexgrill Official Parts Store is operated by BrandShop.
Copyright © 2016 BrandShop. All Rights Reserved.